**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-13-02059-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The record in this case clearly establishes that the Plaintiff is quite capable of representing herself in this matter. She prevailed on appeal to reverse summary judgment which this Court had granted in favor of the Defendants. On remand, her Eighth Amendment claim is trial ready, and her Privacy Act Claim has been reinstated. On May 3, 2019, the Court issued a scheduling Order allowing three months of discovery, August 12, 2019, for the Privacy Act Claim, with dispositive motions due on September 12, 2019. On July 29, 2019, Plaintiff filed a Renewed Motion for Appointment of Counsel, alleging that "all files in this case have been seized and she has no law library access. She requests a preliminary injunction enjoining denial of access to both.

On August 8, 2019, the Defendants filed a Response and a supporting affidavit from the officer in charge of keeping her property, including her legal property, who

/////

/////

attests that while confined in the Special Housing Unit, the Plaintiff has access to the Self Help Litigation Manual and an electronic law library.

**Accordingly,**

**IT IS ORDERED** that the Motion for Appointment of Counsel and Request for Preliminary Injunction (Doc. 107) is DENIED.

Dated this 14th day of August, 2019.

_____
Honorable David C. Bury
United States District Judge