**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-13-02059-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The Court finding good cause to grant the Defendant Bureau of Prisons' Motion for Leave to File Form 583 Report of Incident Under Seal (Doc. 138),

**Accordingly,**

**IT IS ORDERED** that the Motion to Seal (Doc. 138) is GRANTED, and the Clerk of the Court shall file the Form 583 Report of Incident (Doc. 139) UNDER SEAL.

Dated this 20th day of March, 2020.

Honorable David C. Bury
United States District Judge